JUSTICE TRIEWEILER,
specially concurring:
I concur with the result of the majority’s decision, but not with all that is said therein.
The plaintiff has alleged five causes of action. However, all causes are based on plaintiff’s assumption that he was entitled to severance pay which his employer wrongfully refused to give him.
Plaintiff’s assumption that he was entitled to severance pay was based on the following provision found in his employer’s Employee Handbook:
“If you are separated for cause, whether or not you are given severance pay depends upon the reason you are leaving our organization, and each case will be handled individually. Severance pay will not be given, however, for separation because of an act of improper conduct.”
Plaintiff contends that it is reasonable to interpret the above provision as, “the assurance that an employee terminated for cause, other than an act of improper conduct, is entitled to and will receive benefits from Respondent.”
Plaintiff’s proffered interpretation is not reasonable. All that is guaranteed by the Employee Handbook is that each case will be handled individually and that consideration will be given to the circumstances of an employee’s departure. That is what the employer did in this case, and therefore, there was no employment policy violation which could form the basis for any of the plaintiff’s five causes of action.
For this reason, I would affirm the judgment of the District Court, even though I do not concur with all that is said in the majority opinion.
JUSTICE HUNT concurs in the foregoing opinion.